LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

CLAUDETTE C. WALTER,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

No. EDCV 18-02505 KK

<u>ORDER AWARDING</u>
<u>EAJA FEES</u>

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND SIX HUNDRED FORTY-EIGHT DOLLARS AND 70/100 ($4,648.70) subject to the terms of the stipulation.

DATE: December 19, 2019

HON. KENLY KIYA KATO,
UNITED STATES MAGISTRATE JUDGE

-1-